```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 00649
   ELIZABETH H PEOPLES
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9240


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/11/2008 and was confirmed 06/25/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
COMMONWEALTH EDISON       UNSECURED          486.86         .00            .00
US RAILROAD RETIREMENT B  UNSECURED         3090.27         .00            .00
QUANTUM SERVICING CORPOR  NOTICE ONLY     NOT FILED         .00            .00
ARROW FINANCIAL SERVICES  UNSECURED       NOT FILED         .00            .00
ALLIED INTERSTATE         UNSECURED       NOT FILED         .00            .00
ANDERSON FINANCIAL NETWO  UNSECURED       NOT FILED         .00            .00
BALLYS TOTAL FITNESS      UNSECURED       NOT FILED         .00            .00
CERTIFED SVC              UNSECURED       NOT FILED         .00            .00
CREDIT PROTECTION ASSOCI  UNSECURED       NOT FILED         .00            .00
NEXTEL COMMUNICATIONS     UNSECURED       NOT FILED         .00            .00
LTD FINANCIAL SERVICES L  UNSECURED       NOT FILED         .00            .00
NATIONWIDE COMMERCIAL LP  UNSECURED       NOT FILED         .00            .00
PORTFOLIO RECOVERY        UNSECURED       NOT FILED         .00            .00
TRIAD FINANCIAL CORP      UNSECURED        16406.24         .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED          272.94         .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY           173.74         .00            .00
QUANTUM SERVICING CORPOR  CURRENT MORTG        .00          .00            .00
QUANTUM SERVICING CORPOR  MORTGAGE ARRE        .00          .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY       2,623.00                   2,151.88
TOM VAUGHN                TRUSTEE                                        187.12
DEBTOR REFUND             REFUND                                            .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 2,339.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              2,151.88

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 00649 ELIZABETH H PEOPLES
```

```
TRUSTEE COMPENSATION                                          187.12
DEBTOR REFUND                                                    .00
                                        ----------------  ----------------
TOTALS                                          2,339.00          2,339.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 08 B 00649 ELIZABETH H PEOPLES